## VODEGAL *v.* FERRAN.

APPEAL from the *Ripley* Common Pleas.

*Per Curiam.*—In this case no motion was made to compel the appellee to make his pleadings more certain, nor to strike out any of them. No exception was taken to rulings upon demurrers, to the admission of evidence, or to the giving of instructions.

No questions are presented upon which the judgment below can be reversed.

The judgment is affirmed, with costs.

*Edwin P. Ferris*, for the appellant.

*John Vodegal*, for the appellee.